## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Wendy Nelson

                Plaintiff,                Civil 10-3023 (PAM/JJG)

v.

**ORDER OF DISMISSAL**

Life Insurance Company of North America*,*
*a Pennsylvania Corporation as underwriting*
*company and subsidiary of CIGNA Group*
*Insurance/CIGNA Corporation*

        Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: May   26  , 2011

                                *s/Paul A. Magnuson*
                                Paul A. Magnuson, Judge
                                United States District Court