UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Wendy Nelson,<br><br>      Plaintiff,<br><br>vs.<br><br>Life Insurance Company of North America, a Pennsylvania Corporation as underwriting company and subsidiary of CIGNA Group Insurance/CIGNA Corporation,<br><br>      Defendant. | Civil File No.  10-CV-03023 (PAM-JJG)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

_____

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  June  3 , 2011                                    BY THE COURT:


                                                      s/Paul A. Magnuson
                                                    The Honorable Paul A. Magnuson
                                                    Judge of United States District Court